958

UNITED STATES of America, v. J & W MUSIC COMPANY, a partnership consisting of Hugh Johnson and Carl Walker, Claimant of Thirty-Six Slot Machines and Gambling Devices, etc.

No. 14704.

United States Court of Appeals
Fifth Circuit.
June 2, 1954.

James W. Dorsey, U. S. Atty., J. Ellis Mundy, Asst. U. S. Atty., Atlanta, Ga., for appellant.

Clinton J. Morgan, Rome, Ga., for appellee.

Before HUTCHESON, Chief Judge, and BORAH and RIVES, Circuit Judges.

PER CURIAM.

Upon the authority of United States v. Five Gambling Devices, Labeled in Part "Mills" and Bearing Serial Numbers 593–221 etc., (United States v. Denmark) (United States v. Braun) 1953, 346 U.S. 441, 74 S.Ct. 190, the judgment in the above styled and numbered case is affirmed.

UNITED STATES of America, v. SIX SLOT MACHINES AND GAMBLING DEVICES, etc., Cascade Lodge No. 1840, Benevolent and Protective Order of Elks of the United States of America, Inc., Claimant.

No. 14845.

United States Court of Appeals
Fifth Circuit.
June 2, 1954.

James W. Dorsey, U. S. Atty., J. Ellis Mundy, Asst. U. S. Atty., Atlanta, Ga., for appellant.

Clinton J. Morgan, Rome, Ga., M. Neil Andrews, Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and BORAH and RIVES, Circuit Judges.

PER CURIAM.

Upon the authority of United States v. Five Gambling Devices, Labeled in Part "Mills" and Bearing Serial Numbers 593–221 etc. (United States v. Denmark) (United States v. Braun) 1953, 346 U.S. 441, 74 S.Ct. 190, the judgment in the above styled and numbered case is affirmed.

UNITED STATES of America, v. CALLIER SPRINGS COUNTRY CLUB, Claimant of 1–25c Jennings Sun Chief Slot Machine Gambling Device, Serial No. 185556, etc.

No. 14705.

United States Court of Appeals
Fifth Circuit.
June 2, 1954.

James W. Dorsey, U. S. Atty., J. Ellis Mundy, Asst. U. S. Atty., Atlanta, Ga., for appellant.

Charles T. Culbert, Rome, Ga., for appellee.

Before HUTCHESON, Chief Judge, and BORAH and RIVES, Circuit Judges.

PER CURIAM.

Upon the authority of United States v. Five Gambling Devices, Labeled in Part "Mills" and Bearing Serial Numbers 593–221 etc. (United States v. Denmark) (United States v. Braun) 1953, 346 U.S. 441, 74 S.Ct. 190, the judgment in the above styled and numbered case is affirmed.